1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KATHERINE SLACK,

11           Plaintiff,                          CIV S-09-1107 FCD KJM

12        vs.

13   MICHAEL J. ASTRUE,                          ORDER TO SHOW CAUSE
     Commissioner of Social Security,
14
             Defendant.
15   _____/

16          By order filed April 27, 2009, plaintiff was directed to submit to the United States

17   Marshal a completed summons and copies of the complaint and a copy of the April 27, 2009

18   order, and to file a statement with the court that said documents had been submitted to the United

19   States Marshal.

20          Plaintiff failed to submit the statement of compliance.  More than four months

21   have passed and no answer has been filed nor is there any evidence that plaintiff has taken the

22   proper steps to ensure service of summons by the Marshal.

23   /////

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall within ten days from

2  the date of this order show cause why this action should not be dismissed for lack of prosecution.

3  DATED:  September 21, 2009.

4  _____

5  006                              U.S. MAGISTRATE JUDGE
   slack.osc

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26