1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                           **SACRAMENTO DIVISION**

12

13 KATHERINE L. SLACK,              )
                                    )   CIVIL NO. 09-cv-1107-KJM
14     Plaintiff,                   )
                                    )   MOTION AND ORDER TO EXTEND TIME
15     v.                           )
                                    )
16 MICHAEL J. ASTRUE,               )
   Commissioner of                  )
17 Social Security,                 )
                                    )
18     Defendant.                   )
   _____  )

19

20     IT IS HEREBY REQUESTED, subject to the permission of the Court as evidenced below, that

21 the time for responding to Plaintiff's Motion for Summary Judgment be extended 30 days from June 10,

22 2010 to July 10, 2010.  This Motion to Extend follows Plaintiff's earlier Stipulation for Extension of

23 Time (Doc. No. 20).  Defendant's counsel has left a message for Plaintiff's counsel requesting a

24 stipulation to extend, has not heard back at this time and, thus, is filing as a motion.  This is Defendant's

25 first request for an extension of time to respond to Plaintiff's motion.

26 //

27 //

28 //

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                Respectfully submitted,

Dated: June 10, 2010                BENJAMIN B. WAGNER
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/ Kathryn R. Watson*
                                     KATHRYN R. WATSON
                                     Special Assistant United States Attorney
                                     Social Security Administration

                                        **ORDER**

**IT IS SO ORDERED:**

Dated:  June 11, 2010.

                                     _____
                                     U.S. MAGISTRATE JUDGE