IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHERINE SLACK,

    Plaintiff,                                   No. CIV S-09-1107 MCE EFB (TEMP)

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.                               ORDER TO SHOW CAUSE
_____/

      In this action, plaintiff sought judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act. On March 7, 2011, the previously assigned district judge adopted findings and recommendations and remanded the matter for further proceedings under sentence four of 42 U.S.C. § 405(g). Due to the death of plaintiff's counsel, Ian Sammis, on May 29, 2011 and at the request of plaintiff's successor counsel, the previously assigned district judge, by minute order issued on June 8, 2011, stayed the action *nunc pro tunc* to May 29, 2011 and directed counsel to advise the court within thirty days as to the status of plaintiff's approval of successor counsel and whether a further continuance of the stay was warranted. Counsel failed to file a status report.

1

1  By motion filed April 17, 2012, plaintiff seeks EAJA fees in the amount of $4,478.88.
2 Defendant opposes the motion on the sole ground of untimeliness. It appears that the initial
3 delay in timely seeking EAJA fees was due to plaintiff's counsel's hospitalization and medical
4 issues related to his pacemaker which preceded his demise. Defendant does not contend the
5 EAJA fees should be denied for the initial delay. However, there is no showing in the pleadings
6 which explains the second delay in seeking EAJA fees, i.e. the failure of the present plaintiff's
7 counsel to timely seek fees after the stay was granted in June, 2011 to allow time for Mr.
8 Sammis' clients to obtain successor counsel.

9  Accordingly, IT IS HEREBY ORDERED that no later than June 4, 2012, plaintiff shall
10 show cause why the motion for EAJA fees should not be denied as untimely.

11 DATED: May 22, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE