IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHERINE SLACK,

       Plaintiff,                         No. CIV S-09-1107 MCE EFB (TEMP)

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security.        <u>ORDER</u>

_____/

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 25, 2012, the magistrate judge filed findings and recommendations herein (ECF No. 41) which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed June 25, 2012 (ECF No. 41), are adopted in full;

2. Plaintiff's motion for attorney's fees (ECF No. 35) is DENIED as untimely.

IT IS SO ORDERED.

Dated: July 13, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE